# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** Marissa Louise McCooey aka Marissa L. McCooey, fdba Marissa'a Crafty Corner, aka Marissa McCooey, aka Marissa Crespo, aka Marissa Louise Crespo, fdba Marissa's Cozy Corner, aka Marissa L. Crespo<br>**Debtor(s)** | **BK NO. 25-01052 MJC**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

     Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
16 May 2025, 14:16:57, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322