UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
   MARISSA LOUISE MCCOOEY :
      Debtor : CHAPTER 13
  :
   JACK N. ZAHAROPOULOS :
   STANDING CHAPTER 13 TRUSTEE :
      Movant : CASE NO. 5-25-bk-01052
  :
   MARISSA LOUISE MCCOOEY :
      Respondent :

### TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

AND NOW, this 19th day of May 2025, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced Debtor(s)' Plan for the following reason(s):

1. Failure to properly state the liquidation value in Section 1B of the Plan.

2. Trustee avers that Debtor(s)' Plan is not feasible based upon the following:

   a. The Plan is underfunded relative to claims to be paid – 100%.

WHEREFORE, Trustee alleges and avers that Debtor(s)' Plan cannot be confirmed, and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of Debtor(s)' Plan.
   b. Dismiss or convert Debtor(s)' case.
   c. Provide such other relief as is equitable and just.

                                                           Respectfully submitted:

                                                          /s/Jack N. Zaharopoulos
                                                          Standing Chapter 13 Trustee
                                                          8125 Adams Drive, Suite A
                                                          Hummelstown, PA 17036
                                                          (717) 566-6097

CERTIFICATE OF SERVICE

       AND NOW, this 19th day of May 2025 I hereby certify that I have served the within Objection by electronically notifying all parties or by depositing a true and correct copy of the same in the Unites States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

VINCENT RUBINO, ESQUIRE
712 MONROE STREET
P.O. BOX 511
STROUDSBURG, PA   18360-0511

                                            /s/Tammy Life
                                            Office of Jack N. Zaharopoulos
                                            Standing Chapter 13 Trustee