United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                                                                       Case No. 25-01052-MJC

Marissa Louise McCooey                                                                 Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                                        User: AutoDocke                                          Page 1 of 2
Date Rcvd: Jul 02, 2025                             Form ID: ntcnfhrg                                   Total Noticed: 17

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 04, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marissa Louise McCooey, 130 Heather Hill Drive, Dingmans Ferry, PA 18328-4009 |
| 5704823 | + | WILD ACRES LAKES POA, 116 WILD ACRES DRIVE, DINGMANS FERRY, PA 18328-4058 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5704813 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 02 2025 18:46:23 | CAP 1/KOHLS DEPT STORE, N56 RIDGEWOOD DRIVE, MENOMONEE FALLS, WI 53051 |
| 5704814 | ^ | MEBN | Jul 02 2025 18:38:53 | CHIME/STRIDE BANK NA, 324 W BROADWAY AVE, ENID, OK 73701-3838 |
| 5704815 | | Email/PDF: creditonebknotifications@resurgent.com | Jul 02 2025 18:46:24 | CREDIT ONE BANK, PO BOX 98875, LAS VEGAS, NV 89193-8875 |
| 5704816 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jul 02 2025 18:45:48 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5715269 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jul 02 2025 18:40:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5704817 | ^ | MEBN | Jul 02 2025 18:38:56 | KML LAW GROUP PC, STE 5000 BNY INDEPENDENCE CTR, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5721214 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 02 2025 18:45:48 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5704818 | | Email/Text: EBN@Mohela.com | Jul 02 2025 18:40:00 | MOHELA/DEPT OF ED, 633 SPIRIT DR, CHESTERFIELD, MO 63005-1243 |
| 5704819 | | Email/PDF: ebnotices@pnmac.com | Jul 02 2025 18:46:27 | PENNYMAC LOAN SERVICES, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 5721413 | + | Email/PDF: ebnotices@pnmac.com | Jul 02 2025 18:56:58 | PENNYMAC LOAN SERVICES, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5719055 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 02 2025 18:46:02 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5704820 | | Email/Text: enotifications@santanderconsumerusa.com | Jul 02 2025 18:41:00 | SANTANDER CONSUMER USA, ATTN BANKRUPTCY DEPT, PO BOX 560284, DALLAS, TX 75356-0284 |
| 5704821 | + | Email/Text: enotifications@santanderconsumerusa.com | Jul 02 2025 18:41:00 | SANTANDER CONSUMER USA, PO BOX 961245, FORT WORTH, TX 76161-0244 |
| 5704822 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Jul 02 2025 18:40:00 | SEZZLE, 700 NICOLLET MALL STE 64, |

| | | | |
|---|---|---|---|
| 5710464 | + Email/Text: enotifications@santanderconsumerusa.com | Jul 02 2025 18:41:00 | MINNEAPOLIS, MN 55402<br>Santander Bank, N.A.; as, servicer for Santander Consumer USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 04, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Marissa Louise McCooey lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | |
|---|---|
| Marissa Louise McCooey, aka Marissa Louise Crespo, aka Marissa McCooey, aka Marissa L. McCooey, aka Marissa Crespo, aka Marissa L. Crespo, fdba Marissa'a Crafty Corner, fdba Marissa's Cozy Corner, | Chapter 13 |
| | Case No. 5:25−bk−01052−MJC |
| **Debtor 1** | |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is rescheduled for the date indicated below.

**July 22, 2025** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: July 29, 2025<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: CourtneyWojtowicz, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: July 2, 2025 |

ntcnfhrg (08/21)