IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MARISSA LOUISE McCOOEY, | : | |
| a/k/a MARISSA L. McCOOEY, | : | CASE NO.: 5:25-bk-01052 |
| a/k/a MARISSA McCOOEY, | : | |
| a/k/a MARISSA LOUISE CRESPO, | : | |
| a/k/a MARISSA L. CRESPO, | : | |
| a/k/a MARISSA CRESPO, | : | |
| f/d/b/a MARISSA'S COZY CORNER, | : | |
| f/d/b/a MARISSA'S CRAFTY CORNER, | : | |
| Debtor | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| **MARISSA LOUISE McCOOEY,** | : | |
| Movant, | : | |
| v. | : | Motion to |
| | : | Approve Loan Modification |
| PENNYMAC LOAN SERVICES, | : | |
| Respondent, | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CERTIFICATE OF NO OBJECTION:
### MOTION TO APPROVE LOAN MODIFICATION (Doc. #37)

The undersigned Attorneys for Debtor, Marissa Louise McCooey, in the above-captioned matter, hereby certify that a Motion to Approve Loan Modification was filed March 17, 2026, and that the Motion and related **Notice of Motion and Response Deadline** was properly served on the all creditors and parties in interest on March 17, 2026, which set an April 7, 2026 response deadline. The undersigned further certifies that no response to the **Motion to Approve Loan Modification** has been filed. Debtor, Marissa Louise McCooey, is therefore entitled to have an Order issued granting the **Motion to Approve Loan Modification**.

/s/ Robert J. Kidwell
ROBERT J. KIDWELL, ESQUIRE
Attorneys for Movant/Debtor
Attorney I.D. No. 206555
712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com